JACOB PORTE, Appellant, v. WILLIAM KENNELLY, INC., Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March, 1930, term (for which term the case is set down) and be ready for

argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.